ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| URS Federal Services, Inc. | ) | ASBCA Nos. 60809, 61110 |
| | ) | |
| Under Contract No. W56HZV-15-D-ER17 | ) | |

APPEARANCES FOR THE APPELLANT: Terry L. Elling, Esq.
Elizabeth N. Jochum, Esq.
  Holland & Knight LLP
  Tysons, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Deirdre K. Baker, JA
CPT Harry M. Parent III, JA
  Trial Attorneys

## SUMMARY BINDING DECISION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

By ADR agreement approved by the Board on 22 November 2017, the parties requested that this appeal be decided by a one judge "summary proceeding with binding decision." The parties agreed that this "decision shall be final, conclusive, not subject to reconsideration or appeal, and may not be set aside, except for fraud." (ADR Agreement at 1, 3) This decision has no value as precedent and cannot be cited in any other proceeding. The undersigned conducted a one-day evidentiary hearing on 10 April 2018 at the Board's offices in Falls Church, Virginia, after which the parties rested and presented arguments.

## DECISION

The appeals of URS Federal Services, Inc. (URS) are denied. Based upon a review of testimony at the evidentiary hearing and the record, we find that URS failed to satisfy its burden of proof necessary to recover in these appeals.

Dated: 12 April 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60809, 61110, Appeals of URS Federal Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals